**In re RAMBUS INC.**

Nos. 2013–1087, 2013–1224, 2013–1225, 2013–1226, 2013–1227, 2013–2028, 2013–1339.

United States Court of Appeals, Federal Circuit.

April 14, 2014.

J. Michael Jakes, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Ashington, DC, James R. Barney, Attorney, Naveen Modi, Attorney, Aidan Carl Skoyles, Attorney, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, for Rambus Inc.

### ON MOTION

### ORDER

Rambus Inc. moves without opposition to withdraw the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to withdraw these appeals are granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.